# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **M.C., by and through his Parent, MARIE CONYERS,** | : | |
| Plaintiffs | : | **CIVIL ACTION** |
| v. | : | No. 19-520 |
| | : | |
| **THE SCHOOL DISTRICT OF PHILADELPHIA,** | : : | |
| Defendant. | : | |

## ORDER

This 31st day of July, 2019, upon consideration of Plaintiffs' Motion to Supplement the Administrative Record (ECF No. 16) and the Parties' subsequent briefing, it is hereby

**ORDERED** that Plaintiffs' Motion is **GRANTED**. A hearing will be scheduled.

      /s/ Gerald Austin McHugh
      United States District Judge