# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **M.C.** : | |
| *A Minor, By and Through His Mother,* : | |
| *Marie Conyers* : | |
| : | |
| v. : | **CIVIL ACTION NO. 19-520** |
| : | |
| **SCHOOL DISTRICT OF** : | |
| **PHILADELPHIA** : | |

## **ORDER**

On this 4th day of December, 2019, as outlined in the Memorandum attached hereto, it is hereby **ORDERED** that the hearing to supplement the record in this matter will be limited to testimony from Marie Conyers.

It is further **ORDERED** that a hearing for purposes of supplementation of the record will be held on Friday, **January 10, 2020**, at **1:30 p.m.** The hearing will be held in Courtroom 9-B of the United States Courthouse, 601 Market Street, Philadelphia, PA.

                                                         /s/ Gerald Austin McHugh
                                                         United States District Judge