IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **M.C, by and through his Mother,** | : | |
| **MARIE CONYERS,** | : | **CIVIL ACTION** |
| | : | |
| **Plaintiff,** | : | **No. 19-520** |
| | : | |
| **v.** | : | |
| | : | |
| **THE SCHOOL DISTRICT OF** | : | |
| **PHILADELPHIA,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

This 20th day of August, 2020, for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that the School District of Philadelphia's Motion for Summary Judgment, ECF 34, is **GRANTED** and Plaintiff's Motion for Summary Judgment, ECF 35, is **DENIED**.

<u>s/ Gerald Austin McHugh</u>
United States District Judge